FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

JAN - 7 2011

CENTRAL DISTRICT OF CALIFORNIA
BY                           DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　vs.<br><br>Kay, Steven Allen,<br><br>　　　　　　　Defendant. | Case No.: SACR 06-167-JVS<br><br>ORDER OF DETENTION AFTER HEARING<br>[Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |

　　　The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the ___CD CA___,  for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

　　　The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

　　　The Court finds that:

A.　　(X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on ___def't conduct in not appearing for ordered hearing; ongoing substance abuse problem; current backyrd/cmty___

1 | ties unknown; bail resources unknown; prior FTA
2 |
3 | and/or
4 | B.  (X) The defendant has not met his/her burden of establishing by clear and
5 | convincing evidence that he/she is not likely to pose a danger to the safety of any
6 | other person or the community if released under 18 U.S.C. § 3142(b) or (c). This
7 | finding is based on ___criminal history record, incl prior___
8 | ___substance abuse history; prior superv. release___
9 | ___violation history___

IT THEREFORE IS ORDERED that the defendant be detained pending further revocation proceedings.

DATED: 1/7/11

ROBERT N. BLOCK
UNITED STATES MAGISTRATE JUDGE

Page 2 of 2